UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 8:91-cr-363-T-23MAP

FRANK MARTIRE
_____/

**ORDER**

On April 13, 2006, the United States Probation Office filed an amended petition for revocation of the defendant's supervised release (Doc. 77).[*] At the hearing on October 25, 2006, Assistant Federal Public Defenders Allison Guagliardo and Rachel May represented the defendant and Assistant United States Attorney Rachelle DesVaux Bedke represented the United States.

The defendant admits committing the three violations described in numbered paragraphs one through three of the petition. Accordingly, the court adjudges the defendant guilty of violating the terms of his supervised release. In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant's term of supervised release is **REVOKED**. The defendant is sentenced to twenty-four (24) months of imprisonment with no supervised release to follow.

---

[*] The defendant having pled guilty to count one of the indictment, the court imposed a sentence on October 1, 1992, of one hundred eight-nine months of imprisonment and thirty-six months of supervised release.

The defendant is remanded to the custody of the United States Marshal to await designation and incarceration by the Bureau of Prisons.

ORDERED in Tampa, Florida, on October 30, 2006.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:  United States Marshal
United States Probation
Counsel of Record